IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                         Debtor. | Chapter 11 Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| In re:<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>                                         Debtor. | Chapter 11 Case<br>No. 08-13888 (JMP) |
| BANK OF AMERICA, N.A.,<br><br>   Plaintiff and Counterclaim-Defendant,<br><br> v.<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Defendant and Counterclaim-Plaintiff, and<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>                                         Defendant. | Adv. Proc. No.<br>08-01753 (JMP) |

**STIPULATION BETWEEN LBHI, BANK OF AMERICA, N.A., AND
CREDITORS' COMMITTEE REGARDING
SCHEDULING AND ORDER FOR EXTENSION OF TIME**

The Court has requested the parties to submit papers linking the testimony heard at the evidentiary hearing on January 29, 2010 to February 2, 2010 to the parties' briefs. Currently, the post trial submissions are due to be filed on March 4, 2010. The parties, through their undersigned counsel, hereby respectfully request that the Court grant an extension of time to file these papers, from March 4, 2010 to March 12, 2010.

| | |
|---|---|
| Dated: New York, New York<br>March 2, 2010 | Dated: New York, New York<br>March 2, 2010 |
| SHEARMAN & STERLING LLP | WEIL, GOTSHAL & MANGES LLP |
| /s/ William J.F. Roll, III<br>William J.F. Roll, III<br>Fredric Sosnick<br>Daniel H.R. Laguardia<br><br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>Fax: (212) 848-7179<br><br>*Attorneys for Plaintiff BANK OF AMERICA, NA* | /s/ Richard A. Rothman<br>Richard A. Rothman, Esq. (RR-0507)<br>767 Fifth Avenue<br>New York, New York 10153<br>212-310-8000<br><br>Peter D. Isakoff, Esq. (PI-1614)<br>1300 Eye Street, N.W.<br>Washington, DC 20005<br>202-682-7000<br><br>*Attorneys for Debtors and Defendants LBHI and LBSF and Counterclaim-Plaintiff and Third-Party Plaintiff LBHI* |

Dated: New York, New York
       March 2, 2010

QUINN, EMANUEL URQUHART OLIVER & HEDGES LLP


/s/ Eric M. Kay
James C. Tecce, Esq.
Eric M. Kay, Esq.

51 Madison Avenue
New York, New York 10010
212-849-7000

*Attorneys for Intervenor Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.*

**SO ORDERED**.

Dated: March 9, 2010
       New York, New York


/s/ James M. Peck
 JAMES M. PECK
United States Bankruptcy Judge