QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Susheel Kirpalani
James C. Tecce
Eric M. Kay

*Special Counsel to Official
Committee Of Unsecured Creditors of
Lehman Brothers Holdings Inc., et al.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                                          Debtor. | Chapter 11 Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| In re:<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>                                                          Debtor. | Chapter 11 Case No. 08-13888 (JMP) |
| BANK OF AMERICA, N.A.,<br><br>            Plaintiff and Counterclaim-Defendant,<br><br>  v.<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>            Defendant and Counterclaim-Plaintiff, and<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>                                                          Defendant. | Adv. Proc. No. 08-01753 (JMP) |

# JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., <u>ET</u> <u>AL</u>. TO DEBTORS' POST-HEARING MEMORANDUM

The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. and its affiliated debtors and debtors-in-possession (the "<u>Committee</u>"), an intervenor in this adversary proceeding, respectfully joins in Debtors' Post-Hearing Memorandum filed by Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing, Inc. (collectively the "<u>Debtors</u>").  The Creditors' Committee (a) agrees with the factual assertions and legal arguments set forth in the Debtors' Memorandum; (b) hereby joins in the Debtors' Memorandum; and (c) reserves all rights to be heard before this Court with respect to the Debtors' Memorandum and any further proceedings in this matter.

Dated:   March 12, 2010
         New York, New York

                                             **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                             By:   <u>Eric M. Kay</u>
                                                     Susheel Kirpalani
                                                     James C. Tecce
                                                     Eric M. Kay

                                             51 Madison Avenue, 22nd Floor
                                             New York, NY 10010
                                             Telephone No.: (212) 849-7000
                                             Facsimile No.: (212) 849-7100

                                             *Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc., et al.*