**BINGHAM MCCUTCHEN LLP**
Jeffrey S. Sabin
Edwin E. Smith
Joshua Dorchak
399 Park Avenue
New York, NY 10022
Telephone: (212) 705-7000
Fax: (212) 752-5328

Sabin Willett (*pro hac vice*)
S. Elaine McChesney (*pro hac vice*)
Jason L. Watkins (*pro hac vice*)
One Federal Street
Boston, MA 02110
Telephone: (617) 951-8000
Fax: (617) 951-8736

*Attorneys for Adversary Proceeding Plaintiff-Appellant
Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                      Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>                      Debtor. | Case No. 08-13888 (JMP)<br><br>Chapter 11 |
| BANK OF AMERICA, N.A.<br>    Plaintiff and Counterclaim-Defendant,<br>    v.<br>LEHMAN BROTHERS HOLDINGS INC.,<br>    Defendant and Counterclaim-Plaintiff, and<br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br>    Defendant. | Adv. Pro. No. 08-01753 (JMP) |

# BANK OF AMERICA, N.A.'S MOTION FOR (I) STAY PENDING APPEAL AND (II) APPROVAL OF FORM OF SUPERSEDEAS BOND

Bank of America, N.A., the plaintiff and counterclaim-defendant in this adversary proceeding, hereby moves (the "Motion") pursuant to Fed. R. Bank. P. 7062, Fed R. Civ. P. 62(d), and L.R. 8005-1, or alternatively, pursuant to Fed. R. Bankr. P. 8005 and L.R. 8005-1, for an order, pending final resolution of all appeals: (i) staying execution on the Judgment in an Adversary Proceeding entered by this Court on December 3, 2010 [A.P. Docket No. 99] (the "Judgment") or on the Order Granting Lehman Brothers Holdings Inc.'s and Lehman Brothers Special Financing Inc.'s Motion for Summary Judgment, and Denying Bank of America, N.A.'s Motion for Summary Judgment [A.P. Docket No. 98] and (ii) approving the posting of a bond in the amount of $660,553,847.34, in the form attached to the enclosed form of order.

As grounds, movant relies on the summary judgment record items cited in its memorandum of law, and on the points and authorities cited in the memorandum. A form of order is attached.

Dated: New York, New York
December 15, 2010

                                      **BINGHAM MCCUTCHEN LLP**

                                      By: /s/ Joshua Dorchak_____
                                      Jeffrey S. Sabin
                                      Edwin E. Smith
Joshua Dorchak
399 Park Avenue
New York, NY 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
jeffrey.sabin@bingham.com
edwin.smith@bingham.com
joshua.dorchak@bingham.com

Sabin Willett (*pro hace vice*)
S. Elaine McChesney (*pro hac vice*)
Jason L. Watkins (*pro hac vice*)
One Federal Street
Boston, MA 02110
Telephone: (617) 951-8000
Facsimile: (617) 951-8736
sabin.willett@bingham.com
elaine.mcchesney@bingham.com
jason.watkins@bingham.com

*Attorneys for Adversary Proceeding*
*Plaintiff-Appellant Bank of America, N.A.*